

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:15CR150

DEON SMITH
D'LIRIAN CASEY, a/k/a "Gan Gan"
GEORGE TODD, a/k/a "Toolie"

18 U.S.C. § 472
18 U.S.C. § 2

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about June 29, 2015, in the Northern District of Mississippi and elsewhere, DEON SMITH and D'LIRIAN CASEY, a/k/a "Gan Gan", defendants, aided and abetted by each other, did knowingly and intentionally, with intent to defraud, pass, utter, and publish falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes in the denomination of one hundred dollars at the Kangaroo Express located at 510 East Main Street, Senatobia, Mississippi, which both then knew to be falsely made, forged and counterfeited in violation of Title 18, United States Code, Sections 472 and 2.

### COUNT TWO

On or about June 29, 2015, in the Northern District of Mississippi and elsewhere, GEORGE TODD, a/k/a "Toolie", and D'LIRIAN CASEY, a/k/a "Gan Gan", defendants, aided and abetted by each other, did knowingly and intentionally, attempt with intent to defraud, exchange and receive falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes in the denomination of one hundred dollars at the Waffle House at 399 East Main Street, Senatobia, Mississippi, which both knew to be

falsely made, forged and counterfeited in violation of Title 18, United States Code, Section 472 and 2.

A TRUE BILL

_____
UNITED STATES ATTORNEY

_/s/ Signature Redacted_____
FOREPERSON